**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RICHARD ESTANGEL,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-06336-BTM-SBC

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Richard Estangel's petition for a writ of habeas corpus. Petitioner entered the United States in 2024 and was, after about month in custody, released on parole. Petitioner has since lived in the United States without incident and is seeking asylum. On June 28, 2026, Petitioner was detained by immigration officers without notice or a hearing. Petitioner claims that his detention without notice or a hearing was unlawful. The Government does not oppose the petition, and the Government has no evidence that Petitioner would be a danger to the community if released.

The Court will grant the petition. Due process for the revocation of release requires (1) a decision by an appropriate official on whether the purpose of release has been served; (2) written notice of the reasons for the revocation; and (3) a fair opportunity to rebut the reasons given for the revocation. *See Noori v. LaRose*, No. 25-cv-1824, 2025 U.S. Dist. LEXIS 194953, *29 (S.D. Cal. Oct. 1, 2025) ("Petitioner was entitled to due process in his parole revocation. Particularly, he was entitled to both notification of revocation and the reasoning for revocation, if not also an opportunity to be heard and contest the determination."); *Y-Z-L-H v. Bostock*, 792 F. Supp. 3d 1123, 1146 (D. Or. 2025) ("[A]s a noncitizen with connections in the United States who is no longer at the threshold of initial entry, Petitioner is entitled to due process rights." (quotation marks and citation omitted)).

Respondents failed to comply with these due process requirements, and there is no evidence that Petitioner will be a danger to the community if released. Thus, Respondents are ordered to immediately release Petitioner from custody under any preexisting conditions. Respondents shall confirm compliance with this order no later than November 20, 2026. The Respondents shall provide Petitioner with written reporting instructions.

**IT IS SO ORDERED.**

Dated: November 19, 2026

Barry Ted Moskowitz

Honorable Barry Ted Moskowitz
United States District Judge